**No. 55874.**—Domingo C. Flores et al. *v.* United States, protests 161405–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55875.**—Air Clearance Ass'n, Inc., et al. *v.* United States, protests 166216–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, SEPTEMBER 13, 1951

**No. 55876.**—Quon Quon Company *v.* United States, protests 116072–K, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pikake shells the same in all material respects as those the subject of Abstract 55389, the claim for free entry under paragraph 1738 was sustained.

**No. 55877.**—Robert M. Schultz et al. *v.* United States, protests 117715–K, etc. (Honolulu).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the articles involved in Abstracts 55389 and 50357, the claim for free entry under paragraph 1738 was sustained.

**No. 55878.**—Grace I. Weill et al. *v.* United States, protests 120687–K, etc. (Honolulu).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the articles involved in Abstracts 55389 and 50357, the claim for free entry under paragraph 1738 was sustained.